IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMAAL ALI BILAL,

    Plaintiff,
v.                                             CASE NO. 1:05-cv-00109-MP-AK

KAREN PARKER,
TED SHAW,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Voluntarily Dismiss his Complaint. (Doc. 7). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and this cause is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** this  _5th_  day of October, 2005

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**